# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., | ) |
| Plaintiff, | ) Case No. 15-cv-6977 |
| v. | ) **Judge Manish S. Shah** |
| LI HUI, et al., | ) **Magistrate Judge Maria Valdez** |
| Defendants. | ) |

## AMENDED COMPLAINT

[CONTENTS FILED UNDER SEAL]