

























## ABOUT US

Welcome to the official Ray-Ban online sale store.

ray-sunglass.com is a official Ray-Ban online outlet store, authorized by Ray-Ban Inc., all the products are 100% authentic and all with original invoices and packages.

Ray-Ban sunglasses , and Harley-Davidson motorcycles , ZIPPO lighters with a symbol of American culture. Ray for the glare , Ban namely blocking , blocking glare of the light that is the essence of sunglasses . In the first half of the 20th century , Gary Grant , Audrey Hepburn is its loyal . Today, Ray-Ban brand exposure this law frequently in people's everyday fashion collocation . Wayfarer -style white box , red box, black , tortoiseshell Ray-Ban sunglasses ...... Sienna Miller, Olsen sisters , Kirsten Dunst . etc. are the fans of Ray-Ban .

Here are reasons why you should shop from us:

### A Wide Selection of Qualified Ray-Ban

**You can choose a series of Ray-Ban in ray-sunglass.com. A large collection of Ray-Ban products that you can buy, including all styles of Ray-Ban.**

### Always Low Price

As a dealer of Ray-Ban,all the products are from factory directly.

For our extensive, solid business relationships with manufacturers and Ray-Ban Inc., we sell original Ray-Ban products with factory price.

### Free Shipping Worldwide

Yes! It's true. No matter where you are, we offer free standard shipping throughout the entire world without considering the price and distance. You will receive the items promptly and safely.

### Best Customer service

We guarantee to offer the best sale & after-sale service. If you meet problems while browsing our store, just contact us anytime, and our professional customer service clerks will reply your email in the shortest time.

### 14 Days Return / Exchange Policy

If the items you received are defective, you may return it to us within 14 days for a refund or 30 days for an exchange, from the day you received the item.

### Quality Control

Our Quality Control team ensures that all goods are 100% authentic and in good condition.

### Faster Delivery

Orders will arrive at your doorstep within an average of 4 - 7 working days after shipped out. Shipments are insured for successful delivery and trackable online.

### Our Mission

To be a one-stop solution provider serving international buyers.

To establish a round-the-clock e-marketplace that is transparent, automatic and collaborative.

To offer cost-effective trade services by leveraging the latest e-commerce technologies and integrating trade channels.







































Ray Ban RB3025 Aviator Sunglasses
Black Frame Crystal Polarized
£100.89 £64.57
Save: 36% off

Ray Ban RB3025 Aviator Sunglasses
Black Frame Green Crystal Grey
£100.89 £64.57
Save: 36% off

Ray Ban RB3025 Aviator Sunglasses
Brown Frame Crystal Brown Grad
£100.89 £64.57
Save: 36% off



Sunglasses Gunmetal
Frame Gray Polar
£124.43 £64.57
Save: 48% off

**REVIEWS** [MORE]

There are currently no
product reviews.

**RECENT NEWS** [MORE]

Arista Frame Crystal Yellow Le
£100.89 £64.57
Save: 36% off

Arista Frame G 15 XLT Lens
£100.89 £64.57
Save: 36% off

Arista Frame Pink Brown Polari
£100.89 £64.57
Save: 36% off

Ray Ban RB3025 Aviator Sunglasses
Black Frame Black Crystal Pola
£100.89 £64.57
Save: 36% off

Ray Ban RB3025 Aviator Sunglasses
Black Frame Crystal Deep Green
£100.89 £64.57
Save: 36% off

Ray Ban RB3025 Aviator Sunglasses
Black Frame Crystal Green Lens
£100.89 £64.57
Save: 36% off

Ray Ban RB3025 Aviator Sunglasses
Black Frame Crystal Polarized
£100.89 £64.57
Save: 36% off

Ray Ban RB3025 Aviator Sunglasses
Black Frame Green Crystal Grey
£100.89 £64.57
Save: 36% off

Ray Ban RB3025 Aviator Sunglasses
Brown Frame Crystal Brown Grad
£100.89 £64.57
Save: 36% off

Ray Ban RB3025 Aviator Sunglasses
Gold Frame Crystal Blue Lens
£100.89 £64.57
Save: 36% off

Ray Ban RB3025 Aviator Sunglasses
Gold Frame Crystal Gold Mirror
£100.89 £64.57
Save: 36% off

Ray Ban RB3025 Aviator Sunglasses
Gold Frame Crystal Green Lens
£100.89 £64.57
Save: 36% off

Ray Ban RB3025 Aviator Sunglasses
Gold Frame Crystal Honey Lens
£100.89 £64.57
Save: 36% off

Ray Ban RB4098 Jackie Ohh II
Sunglasses Purple Frame Wine Red Gr
£100.89 £64.57
Save: 36% off

Ray Ban RB4098 Jackie Ohh II
Sunglasses Shiny Black Frame Grey G
£100.89 £64.57
Save: 36% off

Ray Ban RB4098 Jackie Ohh II
Sunglasses Wine Red Frame Wine Red
£100.89 £64.57
Save: 36% off

Ray Ban RB4101 Jackie Ohh Sunglasses
Black Frame Crystal Green L
£100.89 £64.57
Save: 36% off

Ray Ban RB4101 Jackie Ohh Sunglasses
Brown Frame Brown Polarized
£100.89 £64.57
Save: 36% off

Ray Ban RB4101 Jackie Ohh Sunglasses
Brown Frame Crystal Brown G
£100.89 £64.57
Save: 36% off

Ray Ban RB4101 Jackie Ohh Sunglasses
Brown Frame Green Polarized
£100.89 £64.57
Save: 36% off

Ray Ban RB4101 Jackie Ohh Sunglasses
Gold Frame Crystal Brown Gr
£100.89 £64.57
Save: 36% off



Save: 36% off     Save: 36% off     Save: 36% off

Ray Ban RB4101 Jackie Ohh Sunglasses Light Brown Frame Crystal B    Ray Ban RB4101 Jackie Ohh Sunglasses Light Havana Frame Crystal    Ray Ban RB4101 Jackie Ohh Sunglasses Purple Frame Crystal Brown

£100.89  £64.57     £100.89  £64.57     £100.89  £64.57
Save: 36% off     Save: 36% off     Save: 36% off

Home  |  Conditions of Use  |  Shipping  |  Site Map  |  News  |  Nike hk  |  Designer Sunglasses  |  Ray Ban Sunglasses  |  salvatore ferragamo  |  Cheap Sunglasses

Copyright © 2015 rayban--sunglasses.co.uk store. Powered by rayban--sunglasses.co.uk,Inc























confirmation, and then review the product pulled from the shelf to make sure it checks out with the product listed.

Then, and only then, does the team move on to packaging the order, doubling-up (and often more) on the bubble wrap and tape. Next, it's out the door in safe hands with our trusted and verified couriers.

**Tracking Your Products**

Once your product leaves our doors, we are still here to help. rayban–sunglasses.co.uk Customer Service team is always working behind the scenes to address your every need and query. We track your shipments and are available at your convenience to answer any questions, whether by live chat or through My Orders Mailbox. No matter the issue, we're always here to serve you.































































































































































































































